

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-20-00113-CR
_____

XAVIER LAVAR FRENCH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 19F0944-202

Before Morriss, C.J., Stevens and Carter,* JJ.
Memorandum Opinion by Justice Stevens

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

# MEMORANDUM OPINION

Xavier Lavar French appeals his conviction for aggravated kidnapping.[1] In a single brief, French challenges this conviction as well as three others, all bearing different cause numbers. For the reasons explained in our opinion in *French v. State*, cause number 06-20-00112-CR, we overrule French's point of error in this case.

As a result, we affirm the trial court's judgment.

Scott E. Stevens
Justice

Date Submitted: June 15, 2021
Date Decided: July 21, 2021

Do Not Publish

---

[1]*See* TEX. PENAL CODE ANN. § 20.04.